IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

DAVID CARR,

    Plaintiff.

No. C 18-7409 WHA (PR)

**ORDER OF DISMISSAL**

    Plaintiff, a California prisoner proceeding pro se, filed this civil action on December 10, 2019. On the same day, the clerk notified plaintiff that he must submit a complaint and either the filing fee or a completed application to proceed in forma pauperis ("IFP"). Along with these notices, the clerk mailed to plaintiff a form complaint, an IFP application, instructions, and stamped return envelopes. The notices informed plaintiff that the case would be dismissed if he did not file a complaint and either pay the fee or file the completed IFP application within 28 days. No response has been received. As more than 28 days have passed, and plaintiff has not filed a complaint, completed an IFP application, paid the filing fee, shown cause why not, or requested an extension of time to do so, this case is **DISMISSED** without prejudice.

    The Clerk shall enter judgment and close the file.

    IT IS SO ORDERED.

Dated: January  31  , 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE